Exhibit "A"
Illinois Traffic Crash Report

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | LGHT | COLL | MANV | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 134 | 1 | 1 | 1 | 1 | 5 | 11 | 11 | 11 | 9 |
| U2 | | | | | | 1 | | | | 99 | 9 |

INVESTIGATING AGENCY: **ILLINOIS STATE POLICE**

TYPE OF REPORT: ☒ ON SCENE ☐ NOT ON SCENE ☐ AMENDED

☐ A No Injury / Drive Away
☒ B Injury and / or Tow Due To Crash (circled)

AGENCY CRASH REPORT NO.: 03 / 05 - 14430

ADDRESS NO.: ☒ 500 (CIRCLE) FT / MI  E / (W) (circled)

HIGHWAY or STREET NAME: I-90 w/B

(NAME OF INTERSECTION OR ROAD FEATURE) — AT INTERSECTION WITH: MADISON ST. (M.P. 51.26)

DATE OF CRASH: 10/30/05
TIME: 10:26 ☐AM ☒PM

INTERSECTION RELATED: ☐ Yes ☒ No
PRIVATE PROPERTY: ☐ Yes ☒ No
HIT & RUN: ☐ Yes ☒ No

ANY SINGLE VEHICLE/PROPERTY DAMAGED OVER $500: ☒ Yes ☐ No

NUMBER MOTOR VEHICLES INVLD: 2

CITY / TOWNSHIP (Circle One): EX03
COUNTY: Cook

TRFW: 3
VEH U1: 1
LARS CODE: *668564* N 41° 52.893'

NO. LANES: 1
ALGN: 8
RSUR: 1
LARS CODE: 7 W 87° 38.754'

## UNIT 1

NAME (LAST, FIRST, M.I.): ROBERTS, TAMMY A.
STREET ADDRESS: 3601 PORTSMOUTH DRIVE
CITY: ZION   STATE: IL   ZIP: 60099
TELEPHONE: (847) 746-1404
DRIVER LICENSE NO.: R163-8016-9865
TAKEN TO: RUSH ST. LUKES
EMS AGENCY: CFD #28

DATE OF BIRTH: 9/17/69
SEX: F   SAFT: 2   AIR: 9
INJURY: B   EJECT: 0   CLASS: D
STATE: IL

MAKE: MITSUBISHI   MODEL: SUV   YEAR: 02
PLATE NO.: 2305383   STATE: IL   YEAR: 05
VIN: JA4MT41R22P008733

VEHICLE OWNER: WROBEL, STEVEN
OWNER ADDRESS: S/A DRIVER

CIRCLE NUMBER(S) FOR DAMAGED AREA(S):
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
POINT OF FIRST CONTACT: 1

INSURANCE CO.: UNITED SERVICES AUTO.
POLICY NO.: 02010 44 284
TELEPHONE:

TOWED: ☒Y ☐N
FIRE: ☐Y ☒N
HAZMAT SPILL: ☐Y ☒N*
COM VEH: ☐Y ☒N*
*IF YES SEE BELOW

VEHU: 2
U2: 20
RDEF: 3
BAC: 96
NO. OCCS: 1

## UNIT 2

NAME (LAST, FIRST, M.I.): MACDONALD, CALUM
STREET ADDRESS: 4364 CAMBRIDGE DR.
CITY: ANTIOCH   STATE: TN   ZIP: 37013
TELEPHONE: (615) 417-5872
DRIVER LICENSE NO.: 103567661
TAKEN TO: N/A
EMS AGENCY: N/A

DATE OF BIRTH: 12/3/64
SEX: M   SAFT: 2   AIR: 9
INJURY: O   EJECT: 1   CLASS: A
STATE: TN

MAKE: FREIGHTLINER T/T   YEAR: 06
PLATE NO.: 977944   STATE: TN   YEAR: 05
VIN: 1FUJA6CK46LV34173

VEHICLE OWNER: WESTERN EXPRESS
OWNER ADDRESS: (800) 316 - 7160 CONTINENTAL CASUALTY 7135 CENTENNIAL PL NASHVILLE TN 37209

CIRCLE NUMBER(S) FOR DAMAGED AREA(S):
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
POINT OF FIRST CONTACT: 6

INSURANCE CO.: CONTINENTAL CASUALTY
POLICY NO.: TRK 257 347358
TELEPHONE:

TOWED: ☐Y ☒N
FIRE: ☐Y ☒N
HAZMAT SPILL: ☐Y ☒N*
COM VEH: ☒Y ☐N*
*IF YES SEE BELOW

BAC: 96
NO. OCCS: 1

## PASSENGERS & WITNESSES ONLY

| NAME | ADDRESS | TEL |
|---|---|---|
| MICHAEL S. HOSKINS | 4302 N. 104TH ST MILWAUKEE, WI 53222 | (414) 463-9355 |

DAMAGED PROPERTY: N/A
PROPERTY OWNER NAME: N/A
DAMAGED PROPERTY OWNER ADDRESS:
ARREST NAME:
ARREST NAME:

| (UNIT) | (SEAT) | (EVNT) | (MOST) | (LOC) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | | | | | |
| 2 | | ☒ | 1 | 1 | 1 | 7 | 7 | 9 | B | 0 |
| 3 | | | | | | | | | | |
| 1 | | | 1 | 1 | | | | | | |
| 2 | | ☒ | 1 | 1 | 1 | 7 | M | 2 | 9 | O |
| 3 | | | | | | | | | | |

CONTRIBUTORY CAUSE(S):
PRIMARY: 03
SECONDARY: 28

DATE POLICE NOTIFIED: 10/30/05
COURT DATE: 12/20/05

OFFICER ID: 5657
SIGNATURE: TPR. [illegible]  ☒ Yes
SUPERVISOR ID: [illegible] 4118
BEAT / DIST: 03

CITATION NO.:
CITATION NO.:

TIME NOTIFIED: 10:27 ☐AM ☒PM
COURT TIME: 9:00 ☐AM ☒PM

*P1201*

*IF YES TO HAZMAT SPILL OR COM VEH ABOVE, COMPLETE COMMERCIAL VEHICLE AREA ON BACK OF FORM

SR 1050S 90M (REPRINT 10/03)

