**07 C 6223**

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

# Exhibit "B"
# Affidavit of John C. Neel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY A. ROBERTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| CALUM MACDONALD, Individually | ) |
| and as agent of WESTERN EXPRESS, | ) |
| INC., a foreign corporation, | ) |
| and WESTERN EXPRESS, INC., | ) |
| a foreign corporation, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF JOHN C. NEEL

I, JOHN C. NEEL, first being sworn, do depose and state:

1. I am an attorney with SmithAmundsen LLC and serving as an attorney for Western Express, Inc. and Calum MacDonald in the matter of Roberts v. MacDonald et al., originally filed in the Circuit Court of Cook County, Illinois, County Department, Law Division No. 07 L 010348.

2. I am of sound mind and make this affidavit based upon my own personal knowledge.

3. I have conducted a thorough investigation into the matters surrounding the aforementioned case and have personal knowledge, gained through this investigation, of the facts set forth in this affidavit.

4. After investigation I believe that Plaintiff, Tammy Roberts, was a resident and citizen of Zion, Illinois on October 30, 2005.

5. After investigation I believe that Plaintiff, Tammy Roberts, is currently a resident and citizen of Zion, Illinois.

6.  Plaintiff's attorney has advised that plaintiff, Tammy Roberts, has a lip laceration with nerve damage, that she has been diagnosed with TMJ syndrome, and the amount the plaintiff seeks for resolution of this matter exceeds $75,000.00.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
JOHN C. NEEL

SUBSCRIBED AND SWORN TO
before me this 2nd day of November, 2007.

_____
Notary Public

OFFICIAL SEAL
DARLENE MORALES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/07/09

2