**07 C 6223**

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

# Exhibit "C"
# Affidavit of Calum MacDonald

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY A. ROBERTS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CALUM MACDONALD, Individually )<br>and as agent of WESTERN EXPRESS, )<br>INC., a foreign corporation, )<br>and WESTERN EXPRESS, INC., )<br>a foreign corporation, )<br>)<br>    Defendants. ) | No. |

### AFFIDAVIT OF CALUM MACDONALD

I, Calum MacDonald, being duly sworn on oath, do offer and state that if I am called upon to testify under oath, I could truly, competently and on personal knowledge, state as follows:

1. My name is Calum MacDonald.

2. I currently am a resident of the state of Tennessee.

3. On October 30, 2005, I resided in the State of Tennessee.

**FURTHER AFFIANT SAYETH NOT.**

_____
CALUM MACDONALD

Subscribed and Sworn to
before me this 2 day
of Nov 20

_____
Notary Public