**07 C 6223**

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

**Exhibit "D"**
**Affidavit of Ron Lowell**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY A. ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CALUM MACDONALD, Individually | ) | |
| and as agent of WESTERN EXPRESS, | ) | |
| INC., a foreign corporation, | ) | |
| and WESTERN EXPRESS, INC., | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF RON LOWELL

I, Ron Lowell, being duly sworn on oath, do offer and state that if I am called upon to testify under oath, I could truly, competently and on personal knowledge, state as follows:

1. I am General Counsel for Western Express, Inc.

2. Western Express, Inc., is incorporated in the State of Tennessee and has been since and before October 30, 2005.

3. Western Express, Inc., currently maintains and has maintained its principle place of business in Tennessee since and before October 30, 2005.

**FURTHER AFFIANT SAYETH NOT.**

_____
RON LOWELL

Subscribed and Sworn to
before me this 2 day
of Nov, 2007

_____
Notary Public    (seal)