**07 C 6223**

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

# Exhibit "E"
# Tennessee Secretary of State Business Information Search



# Secretary of State
# Business Information Search

Secretary of State Web Site | Instructions

| | |
|---|---|
| **Name** | **I.D. Number** |
| WESTERN EXPRESS, INC. | 0232804 |

| | |
|---|---|
| **Business Type\*:** | CORPORATION |
| **Profit/Nonprofit:** | FOR PROFIT |
| **Status\*:** | ACTIVE |
| **Date of Formation/Qualification:** | 09/20/1990 |
| **Domestic/Foreign:** | DOMESTIC |
| **Place of Incorporation/Organization:** | DAVIDSON |
| **Duration:** | PERPETUAL |
| **FYC(Fiscal Year Closing) Month:** | DECEMBER |

**Principal Office:**

| | |
|---|---|
| **Address Line 1:** | 7135 CENTENNIAL PL |
| **Address Line 2:** | |
| **City:** | NASHVILLE |
| **State:** | TN |
| **Zip:** | 37209 |

**Other than USA:**

**Registered Agent:**

| | |
|---|---|
| **Name:** | ISHAM B. BRADLEY |
| **Address Line 1:** | 7135 CENTENNIAL PL |
| **Address Line 2:** | |
| **City:** | NASHVILLE |
| **State:** | TN |
| **Zip:** | 37209 |

**Business Filing History**

\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue