**07 C 6223**

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

Group Exhibit "G"



# OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State

October 16, 2007

LAW OFF OF THOMAS POPOVICH AND JOHN KORNAK
3416 W ELM ST
MCHENRY, IL  60050

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance with proper fee(s) have been received on the following:

**TAMMY A ROBERTS V CALUM MACDONALD, #07 L 10348, Fee $5.00**

Filing and Service have been accepted on 10/16/2007 in compliance with the provisions of 625 ILCS 5/10-301 or provisions of 735 ILCS 5/2-203.1 as applicable.

Sincerely,

*Jesse White*

Jesse White
Secretary of State

**ALL INQUIRIES CALL:**
(217) 785-3094
Office of the General Counsel
Room 298, Howlett Building
Springfield, Illinois  62756

JW:sf
Enclosure

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

CCG N001-10M-1-07-05 ( )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

TAMMY A. ROBERTS

v.

CALUM MACDONALD, Individually and as aagent of
WESTERN EXPRESS INC., a foreign corporation, and
WESTERN EXPRESS, INC., a foreign corporation

10348
CALENDAR/ROOM F
TIME 00:00
Motor Vehicle

No. _____

Please Serve:
Calum MacDonald
4364 Cambridge Dr.
Antioch, TN 37013

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 30037
Name: Law Office of Thomas J.Popovich/ John A. Kornak
Atty. for: Plaintiff
Address: 3416 W. Elm St.
City/State/Zip: McHenry, IL 60050
Telephone: 815/344-3797

WITNESS, _____
DOROTHY JESSE WHITE 2007
SECRETARY OF STATE
Clerk of Court
OCT 16 2007

Date of service: _____
(To be inserted by officer on copy left with defendant another person)

AMT $ 5.00 (S)

Service by Facsimile Transmission will be accepted at: 815 344-5280
(Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



# OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State

October 16, 2007

LAW OFF OF THOMAS POPOVICH AND JOHN KORNAK
3416 W ELM ST
MCHENRY, IL 60050

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance with proper fee(s) have been received on the following:

**TAMMY A ROBERTS V WESTERN EXPRESS INC, #07 L 10348, Fee $5.00**

Filing and Service have been accepted on 10/16/2007 in compliance with the provisions of 625 ILCS 5/10-301 or provisions of 735 ILCS 5/2-203.1 as applicable.

Sincerely,

*Jesse White*

Jesse White
Secretary of State


**ALL INQUIRIES CALL:**
(217) 785-3094
Office of the General Counsel
Room 298, Howlett Building
Springfield, Illinois 62756


JW:sf
Enclosure

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-I-07-05 ( ) |



## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

TAMMY A. ROBERTS

v.

CALUM MACDONALD, Individually and as aagent of WESTERN EXPRESS INC., a foreign corporation, and

WESTERN EXPRESS, INC., a foreign corporation

**SUMMONS**

No. _____

Please Serve:
W. Wise, President or any Officer
Western Express Inc.
7135 Centennial Pl.
Nashville, TN 37209

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie            ☐ District 3 - Rolling Meadows     ☐ District 4 - Maywood
  5600 Old Orchard Rd.              2121 Euclid                        1500 Maybrook Ave.
  Skokie, IL 60077                  Rolling Meadows, IL 60008          Maywood, IL 60153

☐ District 5 - Bridgeview         ☐ District 6 - Markham             ☐ Child Support
  10220 S. 76th Ave.                16501 S. Kedzie Pkwy.              28 North Clark St., Room 200
  Bridgeview, IL 60455              Markham, IL 60426                  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 30037
Name: Law Office of Thomas J.Popovich/ John A. Kornak
Atty. for: Plaintiff
Address: 3416 W. Elm St.
City/State/Zip: McHenry, IL 60050
Telephone: 815/344-3797
Service by Facsimile Transmission will be accepted at: 815  344-5280
(Area Code) (Facsimile Telephone Number)

WITNESS, _____,
DOROTHY BROWN NOV 02 2007
SECRETARY OF STATE
Clerk of Court
Date of service: OCT 1 6 2007
(To be inserted by officer on copy left with defendant or other person)
AMT $ 6.00 (S)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   W. Wise, President
   Western Express, Inc.
   7135 Centennial Pl.
   Nashville, TN 37209

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   Don Tx                         10-25-07
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0006 4725 9146

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Calum MacDonald
   4364 Cambridge Dr.
   Antioch, TN 37013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☒ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   C. MacDon___                   10-11-07
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0006 4725 9153

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540