3005983-LRB/JCN

ARDC:6200041

**FILED**

**NOVEMBER 2, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

| | | |
|---|---|---|
| TAMMY A. ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| CALUM MACDONALD, Individually | ) | |
| and as agent of WESTERN EXPRESS, | ) | |
| INC., a foreign corporation, | ) | |
| and WESTERN EXPRESS, INC., | ) | |
| a foreign corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**07 C 6223**

### JURY DEMAND

The undersigned demand a jury trial.

**WESTERN EXPRESS, INC. and CALUM MACDONALD**

/s/ *Lew R. C. Bricker*
Attorney for Defendants

Name            SmithAmundsen LLC
Attorney for    John C. Neel and Lew R.C. Bricker
Address         150 North Michigan Avenue
                Suite 3300
City            Chicago, Illinois 60601
Telephone       (312)894-3200

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

/s/ *Lew R. C. Bricker*
Attorney for Defendants