**FILED**
**NOVEMBER 2, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Our File No. 3005983-LRB/JCN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case

TAMMY A. ROBERTS,
    Plaintiff,
  v.

**07 C 6223**

CALUM MACDONALD, Individually and as agent of
WESTERN EXPRESS, INC. a foreign corporation, and
WESTERN EXPRESS, INC., a foreign corporation,
    Defendants.

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

WESTERN EXPRESS, INC. and CALUM MACDONALD

| | |
|---|---|
| SIGNATURE /s/ Lew R.C. Bricker | |
| FIRM **SmithAmundsen LLC** | |
| STREET ADDRESS **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **ARDC #6206641** | TELEPHONE NUMBER (312) 894-3224 E-mail: lbricker@salawus.com |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE?   YES /X/   NO // | |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE?   YES /X/   NO // | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES /X/   NO // | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES /X/   NO // | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL //   APPOINTED COUNSEL // | |