**FILED**

**NOVEMBER 2, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Our File No. 3005983-LRB/JCN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|

TAMMY A. ROBERTS,
      Plaintiff,
   v.
CALUM MACDONALD, Individually and as agent of
WESTERN EXPRESS, INC. a foreign corporation, and
WESTERN EXPRESS, INC., a foreign corporation,
      Defendants.

**07 C 6223**

**JUDGE DARRAH**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

WESTERN EXPRESS, INC. and CALUM MACDONALD

| | |
|---|---|
| SIGNATURE **/s/ John C. Neel** | |
| FIRM **SmithAmundsen LLC** | |
| STREET ADDRESS **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **ARDC #6278120** | TELEPHONE NUMBER **(312) 894-3224** E-mail: jneel@salawus.com |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES / /    NO /X/ |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES / /    NO / X / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /    NO /X/ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES / /    NO /X/ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL / / | APPOINTED COUNSEL / / |