**Corrected Exhibit "C"**
**Affidavit of Calum MacDonald**
**To Notice of Removal**
**Filed by Defendants on**
**November 2, 2007**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY A. ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| CALUM MACDONALD, Individually ) | |
| and as agent of WESTERN EXPRESS, ) | |
| INC., a foreign corporation, ) | |
| and WESTERN EXPRESS, INC., ) | |
| a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF CALUM MACDONALD

I, Calum MacDonald, being duly sworn on oath, do offer and state that if I am called upon to testify under oath, I could truly, competently and on personal knowledge, state as follows:

1. My name is Calum MacDonald.

2. I currently am a resident of the State of Tennessee.

3. I am a citizen of Scotland.

4. On October 30, 2005, I resided in the State of Tennessee.

**FURTHER AFFIANT SAYETH NOT.**

_____
CALUM MACDONALD

Subscribed and Sworn to
before me this 5 day
of November, 2007

_____ (seal)
Notary Public

[Seal: MICHAEL D. MAY, STATE OF TENNESSEE, DAVIDSON COUNTY, TN, My Commission Expires July 25, 2009]