3005983-LRB/JCN  ARDC: 6278120

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY A. ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   07 CV 6223 |
| ) | |
| CALUM MACDONALD, Individually ) | |
| and as agent of WESTERN EXPRESS, ) | |
| INC., a foreign corporation, ) | |
| and WESTERN EXPRESS, INC., ) | |
| a foreign corporation, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, John C. Neel, hereby certify that on November 8, 2007, a copy of the foregoing **Defendants Western Express, Inc. and Calum MacDonald's Answer and Affirmative Defenses to the Plaintiff's Complaint** was filed electronically and served by mail on anyone unable to accept electronically filing. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties Receiving Service via Electronically are as follows:*
**Plaintiff's Attorney**
John A. Kornak
Law Offices of Thomas J. Popovich
3416 W. Elm Street
McHenry, IL 60050

Respectfully Submitted,

SMITHAMUNDSEN LLC

/s/ *John C. Neel*   6278120
Signature

/s/ / John C. Neel   6278120
Printed
150 N. Michigan Ave., Ste. 3300
Address
Chicago,   Illinois   60601
City         State      Zip Code
(312) 894-3200
Phone Number
(312) 894-3210
Fax number
jneel@salawus.com
E-mail Address