Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6223 | DATE | 1/24/2008 |
| CASE TITLE | Tammy A. Roberts vs. Calum MacDonald, et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 5/8/09. Dispositive motions to be filed, noticed and presented in open Court for a briefing schedule on 6/30/09 at 9:00 a.m. Pretrial conference set for 9/17/09 at 1:30 p.m. Jury trial set for 9/21/09 at 9:00 a.m. Enter Scheduling Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

07C6223 Tammy A. Roberts vs. Calum MacDonald, et. al.　　　　Page 1 of 1