File No. 3005983-LRB/JCN:egl

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAMMY A. ROBERTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CALUM MACDONALD, Individually ) <br> and as agent of WESTERN EXPRESS, ) <br> INC., a foreign corporation, ) <br> and WESTERN EXPRESS, INC., ) <br> a foreign corporation, ) <br> ) <br> Defendants. ) | No.   07 CV 6223 |

## NOTICE OF MOTION

TO:   John A. Kornak
      Law Offices of Thomas J. Popovich
      3416 W. Elm Street
      McHenry, IL 60050

   PLEASE TAKE NOTICE THAT on the **6th** day of **February, 2008**, at **9:00 a.m.,** we shall appear before the Honorable Judge Darrah in Room 1203, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached **Motion for Qualified Protective Order Pursuant to Federal Rule of Civil Procedure 26(c)**, a copy of which is hereby served upon you.

                                        SmithAmundsen LLC


                              By:   s/ John C. Neel
                                    Attorneys for Defendants,
                              Western Express, Inc. and Calum MacDonald

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of Western Express, Inc. and Calum MacDonald's Notice of Motion was served upon all counsel of record this 31st day of January, 2008 by U.S. Mail or electronic mail.

_____